AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:25-mj-00190-KFW | Date and time warrant executed: 5/21/25  9:15 PM | Copy of warrant and inventory left with: Milena Cojanovic |

Inventory made in the presence of: Milena Cojanovic aka Milena Chayanovich

Inventory of the property taken and name(s) of any person(s) seized:

1. silver ipad with charger
2. baggage receipt + sticker
3. white iphone
4. misc boarding passes + receipts
5. boarding pass + name tag
6. bank document

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/18/25

_Lauren Turczak_
Executing officer's signature

SA Lauren Turczak
Printed name and title